1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   DANIEL TAYLOR
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorney for Defendant
8  BILLY ESTES

9

10
                    IN THE UNITED STATES DISTRICT COURT
11
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
   UNITED STATES OF AMERICA,      ) No. 2:11-mj-00381 EFB
15                                 )
                Plaintiff,         )
16                                 ) STIPULATION TO CHANGE PLEA
        v.                         )
17                                 )
   BILLY ESTES,                    ) Date:  Feb. 14, 2012
18                                 ) Time:  10:00 a.m.
                Defendant.         ) Judge: Hon. Edmund F. Brennan
19                                 )
   _____ )
20

21
        IT IS HEREBY STIPULATED between the parties through their
22
   respective counsel, Kathryn Watson, Special Assistant United States
23
   Attorney, and Linda C. Harter, Chief Assistant Federal Defender,
24
   attorney for BILLY ESTES, and Certified Student Attorney, Daniel
25
   Taylor, that the Court vacate the court trial on February 14, 2012 at
26
   10:00 a.m. and set a change of plea hearing at the same time and place.
27

28

Dated: February 6, 2012

                                              DANIEL J. BRODERICK
                                              Federal Defender

                                              /s/ Linda C. Harter
                                              LINDA C. HARTER
                                              Chief Assistant Federal Defender
                                              Attorney for Defendant
                                              BILLY ESTES

                                              /s/ Daniel Taylor
                                              DANIEL TAYLOR
                                              Certified Student Attorney

Dated: February 6, 2012          BENJAMIN B. WAGNER
                                              United States Attorney

                                              /s/ Kathryn Watson
                                              KATHRYN WATSON
                                              Special Assistant U.S. Attorney

**ORDER**

The court trial on February 14, 2012 at 10:00 a.m. is VACATED and a change of plea hearing is now set for **February 27, 2012 at 10:00 a.m.** SO ORDERED.

Dated: February 10, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE